UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY J. PRATT,<br><br>Defendant. | 9:20-PO-5010-KLD<br>9:20-PO-5011-KLD<br>9:20-PO-5021-KLD<br>Ticket Number: F4864897, 6457036, F4864898 and F4864894<br>Location Code: M10 M26<br>Disposition Code: TC<br><br>JUDGMENT IN A CRIMINAL CASE |

The Defendant, Timothy J. Pratt, was present in court and entered a plea of guilty to the charges of: TRAFFIC OFFENSES.

The court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

    1. Defendant gets credit for time served plus $40.00 Special Assessment for each violation for a total of $160.00. Defendant must pay by check or money order payable to "U.S. COURTS ─ CVB" and mailed to CENTRAL VIOLATIONS BUREAU, P.O. Box 780549 San Antonio, TX 78278. Defendant may also pay online at www.cvb.uscourts.gov . The fine shall be paid as follows: $40.00 to be paid each month starting on June 30, 2021. Defendant is also prohibited from entering any BLM land for a period of 2 years.

Defendant is advised that pursuant to 18 U.S.C. § 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the sentence

imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment, by filing with the Clerk of District Court a statement specifying the judgment from which the appeal is taken, and by serving a copy of the statement upon the United States Attorney (personally or by mail) and filing a copy with Magistrate Kathleen L. Desoto.  If you appeal, you will be required to pay a $38 fee pursuant to 28 U.S.C. § 1914, Fee Schedule, subsection (10) at the time of filing your appeal.  You also will be required to furnish the District Court Judge a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court."  Fed. R. Crim. P. 58(g)(2)(c).

Date of Imposition of Judgment: May 10, 2021.

5/25/2021
Date Signed

KATHLEEN L. DESOTO
United States Magistrate Judge